No. 20-6267

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

BRISTOL REGIONAL WOMEN'S CENTER, P.C., et al.,
*Plaintiffs-Appellees*

v.

HERBERT H. SLATERY III, Attorney General and Reporter of the State of Tennessee, et al.,
*Defendants-Appellants*

_____

On Appeal from the United States District Court for the
Middle District of Tennessee
(No. 3:15-cv-00705)

---

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR INITIAL HEARING EN BANC OR ALTERNATIVELY REHEARING EN BANC OF THE PANEL'S STAY ORDER**

---

HERBERT H. SLATERY III
  Attorney General and Reporter
  of the State of Tennessee

ANDRÉE S. BLUMSTEIN
  Solicitor General

SARAH K. CAMPBELL
  Associate Solicitor General
  *Counsel of Record*

MARK ALEXANDER CARVER
  Honors Fellow, Office of the
  Solicitor General

P.O. Box 20207
Nashville, TN 37202
(615) 532-6026
Sarah.Campbell@ag.tn.gov

The State respectfully requests leave to file a short reply in support of its Petition for Initial Hearing En Banc or Alternatively Rehearing En Banc of the Panel's Stay Order. The State believes the reply will be of assistance to the Court as it considers the petition. The reply is tendered with this motion. It satisfies the usual word limit for a reply brief because it is less than half the length limit of Plaintiffs' response.

        Respectfully submitted,

        HERBERT H. SLATERY III
        Attorney General and Reporter

        ANDRÉE S. BLUMSTEIN
        Solicitor General

        /s/ Sarah K. Campbell
        SARAH K. CAMPBELL
        Associate Solicitor General

        MARK ALEXANDER CARVER
        Honors Fellow, Office of the
        Solicitor General

        P.O. Box 20207
        Nashville, TN 37202
        (615) 532-6026
        Sarah.Campbell@ag.tn.gov

        *Counsel for Defendants-Appellants*

March 12, 2021

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d) because it contains 76 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This motion also complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in proportionally spaced typeface using Times New Roman 14-point font.

/s/ Sarah K. Campbell
SARAH K. CAMPBELL
Associate Solicitor General

March 12, 2021

# CERTIFICATE OF SERVICE

I, Sarah K. Campbell, counsel for Defendants-Appellants and a member of the Bar of this Court, certify that, on March 12, 2021, a copy of the Motion for Leave to File Reply in Support of Petition for Initial Hearing En Banc or Alternatively Rehearing En Banc of the Panel's Stay Order was filed electronically through the appellate CM/ECF system. I further certify that all parties required to be served have been served.

/s/ Sarah K. Campbell
SARAH K. CAMPBELL
Associate Solicitor General